*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Dated: 07/08/2014

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOYOTA INDUSTRIAL EQUIPMENT MFG., INC., TOYOTA MATERIAL HANDLING NORTH AMERICA, INC. and THE RAYMOND CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>DAVID K. LAND and LINDE MATERIAL HANDLING NORTH AMERICA CORPORATION,<br><br>Defendants. | CASE NO. 1:14-cv-01049-JMS-TAB |

**PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT
LINDE MATERIAL HANDLING NORTH AMERICA CORPORATION**

Plaintiffs Toyota Industrial Equipment Mfg. Inc., Toyota Material Handling North America, Inc., and The Raymond Corporation hereby notify the Court that they are voluntarily dismissing, without prejudice, their action against Defendant Linde Material Handling North America Corporation ("Linde"). In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this Notice is effective to dismiss Linde from this action without a court order because Linde has not yet served an answer or motion for summary judgment.

FROST BROWN TODD LLC

By: s/Darren A. Craig
James Dimos, #11178-49
Darren A. Craig, #25534-49
Michele Lorbieski Anderson, #28923-49
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
FAX: 317-237-3900
jdimos@fbtlaw.com
dcraig@fbtlaw.com
manderson@fbtlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2014, service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Mark R. Waterfill<br>BENESCH, FRIEDLANDER, COPLAN<br>  & ARONOFF LLP<br>One American Square, Suite 2300<br>Indianapolis, IN 46282<br>     mwaterfill@beneschlaw.com<br>     *Attorney for David K. Land* | J. Walker Coleman<br>Jennifer H. Thiem<br>K& L GATES LLP<br>134 Meeting Street, Suite 200<br>Charleston, SC 29401<br>     walker.coleman@klgates.com<br>     jennifer.thiem@klgates.com<br>     *Attorneys for Linde Material Handling*<br>     *North America Corporation* |
| Peter G. Rush<br>K&L GATES LLP<br>70 West Madison, Suite 3100<br>Chicago, IL 60602<br>     peter.rush@klgates.com<br>     *Attorney for Linde Material Handling*<br>     *North America Corporation* | |
| | s/Darren A. Craig<br>Darren A. Craig |

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
FAX: 317-237-3900
jdimos@fbtlaw.com
dcraig@fbtlaw.com
manderson@fbtlaw.com