IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TOYOTA INDUSTRIAL EQUIPMENT MFG., INC., TOYOTA MATERIAL HANDLING NORTH AMERICA, INC. and THE RAYMOND CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 1:14-cv-01049-JMS-TAB |
| DAVID K. LAND, | ) ) | |
| Defendant. | ) | |

JOINT MOTION TO ENTER
FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Toyota Industrial Equipment Mfg., Inc., Toyota Material Handling North America, Inc., and the Raymond Corporation, together with Defendant David K. Land, move this Court to enter a Final Judgment and Permanent Injunction (the "**Order**") in this case. The parties agree that a sufficient legal and factual basis exists for entry of the Order. A draft of the Order in the form the parties desire the Court to enter is attached to this Motion as Exhibit 1.

FROST BROWN TODD LLC

By:  s/Darren A. Craig
James Dimos, #11178-49
Darren A. Craig, #25534-49
Michele Lorbieski Anderson, #28923-49
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
FAX: 317-237-3900
jdimos@fbtlaw.com
dcraig@fbtlaw.com
manderson@fbtlaw.com
Attorneys for Plaintiffs

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

By: s/Mark R. Waterfill
    Mark R. Waterfill, #10935-49
    One American Square, Suite 2300
    Indianapolis, IN 46282
    317-632-3232
    FAX: 317-632-2962
    mwaterfill@beneschlaw.com
    Attorneys for David K. Land

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2014, service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Mark R. Waterfill<br>BENESCH, FRIEDLANDER, COPLAN<br>  & ARONOFF LLP<br>One American Square, Suite 2300<br>Indianapolis, IN 46282<br>    mwaterfill@beneschlaw.com<br>    *Attorneys for David K. Land* | J. Walker Coleman<br>Jennifer H. Thiem<br>K& L GATES LLP<br>134 Meeting Street, Suite 200<br>Charleston, SC 29401<br>    walker.coleman@klgates.com<br>    jennifer.thiem@klgates.com<br>    *Attorneys for Linde Material Handling*<br>    *North America Corporation* |
| Peter G. Rush<br>K&L GATES LLP<br>70 West Madison, Suite 3100<br>Chicago, IL 60602<br>    peter.rush@klgates.com<br>    *Attorney for Linde Material Handling*<br>    *North America Corporation* | |

s/Darren A. Craig
Darren A. Craig

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
FAX: 317-237-3900
jdimos@fbtlaw.com
dcraig@fbtlaw.com
manderson@fbtlaw.com

0128802.0618485   4832-2482-0511v1